# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** : | **CIVIL ACTION NO. 1:04-CV-0913** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **WGG, INC.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of the prior order of court (Doc. 25), referring the above-captioned case to mediation and postponing the pre-trial and trial schedule pending completion of the mediation process, and it appearing from the report of the mediator (Doc. 26) that the mediation process has completed without settlement being achieved, see L.R. 16.8.6, it is hereby ORDERED that counsel for the parties shall meet and confer and shall file a joint proposed case management order in the above-captioned case on or before August 29, 2005.

                                           S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge