**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> **WGG, INC.,** : <br> : <br> **Defendant** : | **CIVIL ACTION NO. 1:04-CV-0913** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 1st day of September, 2005, upon consideration of the prior order of court (Doc. 25), directing counsel for the parties to meet and confer and to file a joint proposed case management order in the above-captioned case on or before August 29, 2005, and it appearing that a joint proposed case management order has not been filed as of the date of this order, it is hereby ORDERED that counsel for the parties shall file a joint proposed case management order in the above-captioned case on or before September 6, 2005. Failure to comply with this order will result in the imposition of sanctions, potentially including dismissal of the parties' claims and counterclaims. See FED. R. CIV. P. 16(f), 41(b).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge