# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** | : | **CIVIL ACTION NO. 1:04-CV-0913** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WGG, INC.,** | : | |
| Defendant | : | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** | : | **CIVIL ACTION NO. 1:04-CV-0926** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **WESTERN SURETY COMPANY, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of December, 2005, following a telephone conference with counsel for the parties in the above-captioned cases[1] regarding a discovery dispute (see Civil Action No. 1:04-CV-0913, Doc. 40), it is hereby ORDERED that:

1. Counsel for the parties shall meet and confer on an appropriate stipulation regarding the contents, authenticity, and admissibility of the executed copy of the document dated January 28, 2003. (See Civil Action No. 1:04-CV-0913, Doc. 40, Ex. C.) Attorney Robert P. Ewing shall file, on or before January 12, 2006, the stipulation agreed to by the parties.

---

[1] These cases have been consolidated solely for purposes of this order. See FED. R. CIV. P. 42.

2. Attorney Robert P. Ewing shall provide to plaintiff, on or before January 12, 2006, a copy of the letter dated January 24, 2003.

        /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge